UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-48567 |
| Irina Pechorina, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: December 10, 2014 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:     Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:                   June 25, 2014

Period for Which
Compensation is sought:       June 1, 2014 to Close of Case

Amount of Fees sought:        $750.00*

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __        Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: November 17, 2014                    Baldi Berg, Ltd.

                                            By: ___/s/ Joseph A. Baldi_____
                                                    Joseph A. Baldi

*Baldi Berg, Ltd. is voluntarily reducing their requested fees in this case.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-48567 |
| Irina Pechorina, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: December 10, 2014 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation
to Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Irina Pechorina, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $750.00 as final compensation for 4.70 hours of legal services rendered to the Trustee from June 1, 2014 through the close of this case. In support thereof, BB respectfully states as follows:

**Introduction**

1.  Debtor commenced this case on December 20, 2013 by filing a voluntary petition for relief under chapter 7 of the Code. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.  As of the commencement of this case, the Estate's primary assets was the debtor's interest in a 2008 Toyota Camry ("Vehicle").

4.  The bar date for filing claims in this case was September 3, 2014.

**Retention of BB**

5.  On June 25, 2014, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as his counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Ricki Podorovsky - Paralegal
> Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

7. This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BB will file in this case.

### Services Rendered by BBW

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category. A listing of the attorneys and paralegals, their position with the firm, hourly rates, as adjusted from time to time, and the total hours expended by each professional is detailed below:

| **PROFESSIONAL** | **TITLE** | **RATES** | **HOURS** |
|---|---|---|---|
| Joseph A. Baldi | Partner | $450.00 | 0.50 |
| Ricki Podorovsky | Paralegal | $195.00 | 2.30 |
| Jason M. Manola | Paralegal | $175.00 | 1.90 |
| **TOTALS** | | | **4.70** |

9. The services rendered by BB during the period covered by this Application are summarized below:

BB represented the Trustee on general case administration matters, including liquidation of the Estate's assets and the recovery of the Estate's property. As requested by Trustee, BB prepared and presented Trustee's Motion to Employ Attorneys. BB advised Trustee as to his duties and

2

obligations under the Bankruptcy Code as well as represented Trustee in negotiations regarding the settlement of the estate's interest in the debtor's vehicle. Specifically, BB reviewed and analyzed debtor' schedules, exemptions and the vehicle appraisal. After trustee reached an acceptable agreement with the Debtor, BB prepared and presented the Trustee's Motion to Sell the Vehicle back to the Debtor. The court granted the motion and, as a result, the Estate recovered $4,000.00. Furthermore, BB also prepared this final fee application.

In connection with the foregoing, BB spent 4.70 hours for which it requests allowance and payment of final compensation in the amount of $750.00.

### Compensation Requested

10.    BB has expended a total of 4.70 hours for the services described and categorized in paragraph nine above. The total value of those services is $1,006.00.

11.    All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized in paragraph 8 above.

### Payment of Compensation

13.    BB has not entered into any agreement or understanding of any kind, express or

3

implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case

14.     BB has not previously received or been promised any payments for services rendered in this case.

15.     The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

17.     The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed his Final Report simultaneously herewith. Final Fee Applications for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

19.     Trustee currently has approximately $3,980.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with this final fee application; and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a 23.4% final distribution to the Estate's sole timely filed general unsecured creditor in this case.

### Trustee's Approval

21.     BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $750.00 for actual and necessary professional services rendered to the Trustee from June 1, 2014, through the closing of this case;

B. Authorizing Trustee to pay the amounts to Baldi Berg, Ltd. from the funds on hand in the Estate as part of the Trustee's final distribution; and

C. For such other and further relief as this Court deems appropriate.

Dated: September 25, 2014                Baldi Berg, Ltd.

                                         Attorneys for Joseph A. Baldi, as trustee of the estate
                                         of Irina Pechorina, Debtor


                                         By:____/s/ Joseph A. Baldi_____

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL  60602
312.726.8150

**Baldi Berg, Ltd.**  **Irina Pechorina, Debtor**
**Final Fee Application**  **Case No. 13-48567**

**Retention Order**

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re:<br>Irina Pechorina<br><br><br>Debtor(s) | BK No.: 13-48567<br><br>Chapter: 7<br>Honorable Timothy Barnes |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application To Employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd., as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Irina Pechorina, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd., to act as counsel for the Trustee, with compensation and expense reimbursement to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: *[signature]*

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 25, 2014

**Prepared by:**

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

**Baldi Berg, Ltd.**                                                                 **Irina Pechorina, Debtor**
**Final Fee Application**                                                            **Case No. 13-48567**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi, Berg & Wallace, Ltd.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission. Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Baldi Berg, Ltd.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**                                              **Irina Pechorina, Debtor**
**Final Fee Application**                                         **Case No. 13-48567**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:   (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

September 12, 2014
Invoice No:   02496

Joseph A Baldi, Trustee
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Pechorina - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 6/01/2014 | RKP | Review case file for information needed to prepare motion to sell (.3); draft motion to retain attorneys (.4); proposed order and affidavit (.2); draft motion to sell (.5); draft 2002 notice of hearing on motion to sell (.2); draft proposed order (.1) | 1.70 $195.00/ hr | $331.50 |
| 6/02/2014 | RKP | Edit motion to employ bb, affidavit and proposed order (.1 each); edit motion to sell (.1); notice (.1); and proposed order (.10 | 0.60 $195.00/ hr | $117.00 |
| 6/25/2014 | JAB | Prepare for and attend hearing on motion to retain counsel, motion to sell vehicle to debtor. | 0.50 $450.00/ hr | $225.00 |
| 9/12/2014 | JMM | Prepare BB Fee Application (1.2); Coversheet, proposed order and affidavit (.3); Review and edit same (.4) | 1.90 $175.00/ hr | $332.50 |

|   |   |
|---|---|
| Total Fees | $1,006.00 |
| Total New Charges | $1,006.00 |
| Previous Balance | $0.00 |

**Baldi Berg, Ltd**                                                                                          9/12/2014

Pechorina - General Administration                                                                Page    2

---

|                              | Balance Due |           | $1,006.00 |

### *Timekeeper Summary*

| Name              | Hours | Rate     |
|-------------------|-------|----------|
| Joseph A Baldi    | 0.50  | $450.00  |
| Jason M Manola    | 1.90  | $175.00  |
| Ricki K Podorovsky| 2.30  | $195.00  |

*4.70* (handwritten)

**Baldi Berg, Ltd.**　　　　　　　　　　　　　　　　　　　　**Irina Pechorina, Debtor**
**Final Fee Application**　　　　　　　　　　　　　　　　　　**Case No. 13-48567**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Irina Pechorina, | ) | Case No. 13-48567 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

    I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

    1.    I am the principal of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

    2.    I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

    3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

    4.    Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

    5.    Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 25 day of September, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**