## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PECHORINA, IRINA | § | Case No. 13-48567 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m., on December 10, 2014
in Courtroom 613, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____
                                         Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PECHORINA, IRINA | § | Case No. 13-48567 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 3,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $        1,000.00 | $        0.00 | $        1,000.00 |
| Attorney for Trustee Fees: BALDI BERG | $          750.00 | $        0.00 | $          750.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,750.00 |
| Remaining Balance | $ | 2,230.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,523.56  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  23.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000001 | Discover Bank | $          6,134.78 | $          0.00 | $          1,436.50 |
| 000002 | Capital One Bank (USA), N.A. | $          2,968.13 | $          0.00 | $          695.01 |
| 000003 | Capital Recovery V, LLC | $          257.41 | $          0.00 | $          60.27 |
| 000004 | Capital Recovery V, LLC | $          163.24 | $          0.00 | $          38.22 |

Total to be paid to timely general unsecured creditors          $                    2,230.00

Remaining Balance          $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-48567-TAB
Irina Pechorina                                                       Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman          Page 1 of 1          Date Rcvd: Nov 18, 2014
                             Form ID: pdf006        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
db         #+Irina Pechorina,    1805 N. Windsor,   Arlington Heights, IL 60004-4035
21352099     Capital One Bank,   PO Box 5294,   Carol Stream, IL 60197-5294
22070511     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
21352100     Chase Cardmember Services,   PO Box 15678,   Wilmington, DE 19885-5678
21352101     CitiBank, N.A.,   PO Box 790110,   Saint Louis, MO 63179-0110
21352107    +Seterus,   14523 SW Millikan Way,   Suite 200,   Beaverton, OR 97005-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22315709     E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2014 11:30:00     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21352102    +E-mail/Text: lbankruptcy@cookcountytreasurer.com Nov 19 2014 01:46:29     Cook County Treasurer,
             118 N. Clark Street, Suite 112,   Chicago, IL 60602-1590
21352103     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2014 01:58:33     Discover Financial Services,
             P.O. Box 30943,   Salt Lake City, UT 84130-0943
22022988     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2014 01:58:33     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21352104    +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2014 11:30:00     GE Money Bank,
             Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
21352106    +E-mail/Text: mmrgbk@miramedrg.com Nov 19 2014 01:44:38     MiraMed Revenue Group,   Dept 77304,
             PO BOX 77000,   Detroit, MI 48277-2000
                                                                          TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21352105*    +GE Money Bank,   Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2014 at the address(es) listed below:
          Dana N O'Brien    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"),
          creditor c/o Seterus, Inc. dobrien@atty-pierce.com,   northerndistrict@atty-pierce.com
          David  Freydin    on behalf of Debtor Irina  Pechorina david.freydin@freydinlaw.com,
          anna.novakovic@freydinlaw.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
          jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Attorney   Baldi Berg, Ltd. jabaldi@baldiberg.com,
          jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
          jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 7