UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
PECHORINA, IRINA § Case No. 13-48567
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiBank, N.A. PO Box 790110 Saint Louis, MO 63179-0110 | | | | | |
| | Seterus 14523 SW Millikan Way Suite 200 Beaverton, OR 97005 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark Street, Suite 112 Chicago, IL 60602 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Services PO Box 15678 Wilmington, DE 19885-5678 | | | | | |
| | MiraMed Revenue Group Dept 77304 PO BOX 77000 Detroit, MI 48277 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL RECOVERY V, LLC | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - IRINA PECHORINA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-48567 | TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | PECHORINA, IRINA | | | Date Filed (f) or Converted (c): | 12/20/13 (f) |
| | | | | 341(a) Meeting Date: | 02/06/14 |
| For Period Ending: 02/18/15 | | | | Claims Bar Date: | 09/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex; Location: 1805 N. Windsor, Arlington Heigh  Order compelling Trustee to abandon property 7/9/14 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 300.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods & Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2008 Toyota Camry; Mileage: 40,000  Sold per order | 6,700.00 | 4,100.00 | | 4,000.00 | FA |

TOTALS (Excluding Unknown Values)    $209,500.00    $4,100.00    $4,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained court authority to sell car back to the debtor and collected proceeds of $4,000.00. Trustee reviewed
and approved the claims filed in the case. Trustee prepared and filed his Final Report in November 2014 and disbursed
funds in December 2014.

LFORM1

Ver: 18.04

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1 - IRINA PECHORINA**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 13-48567   TAD   Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
| Case Name: PECHORINA, IRINA | Date Filed (f) or Converted (c): 12/20/13 (f) |
| | 341(a) Meeting Date: 02/06/14 |
| | Claims Bar Date: 09/03/14 |

Initial Projected Date of Final Report (TFR): 11/30/14       Current Projected Date of Final Report (TFR): 11/30/14

/s/   Joseph A. Baldi
_____ Date: 02/18/15
JOSEPH A. BALDI

FORM 2 — IRINA PECHORINA

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-48567 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PECHORINA, IRINA | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6941 Checking Account |
| Taxpayer ID No: | *******7979 | | |
| For Period Ending: | 02/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/14 | 7 | CHARTER ONE - OFFICIAL CHECK<br>IRINA PECHORINA<br>DRAWER: RBS CITIZENS, N.A. | SETTLEMENT - VEHICLE | 1129-000 | 4,000.00 | | 4,000.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 12/11/14 | 001001 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,000.00 | 2,980.00 |
| 12/11/14 | 001002 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 750.00 | 2,230.00 |
| 12/11/14 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 23.41567% | 7100-000 | | 1,436.50 | 793.50 |
| 12/11/14 | 001004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 23.41575% | 7100-000 | | 695.01 | 98.49 |
| 12/11/14 | 001005 | Capital Recovery V, LLC | Claim 000003, Payment 23.41401% | 7100-000 | | 60.27 | 38.22 |

Page Subtotals 4,000.00 3,961.78

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2 - IRINA PECHORINA

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-48567 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PECHORINA, IRINA | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6941 Checking Account |
| Taxpayer ID No: | *******7979 | | |
| For Period Ending: | 02/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (3-1) TJX CREDIT CARD | | | | |
| 12/11/14 | 001006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 23.41338%<br>(4-1) AMERICAN EAGLE | 7100-000 | | 38.22 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 4,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6941 | 4,000.00 | 4,000.00 | 0.00 |
| | 4,000.00 | 4,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 38.22

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*